UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kenyon Edward Gainey**                    **Docket No. 5:19-CR-401-1D**

### Petition for Action on Supervised Release

COMES NOW Kyle W. Fricke, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kenyon Edward Gainey, who, upon an earlier plea of guilty to Distribution of 5 Grams or More of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(B), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 15, 2020, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Kenyon Edward Gainey was released from custody on October 9, 2025, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 25, 2007, the defendant was charged with Indecent Liberties With a Child, and on October 13, 2008, the defendant pled guilty to the lesser offense of misdemeanor Sexual Battery in the Superior Court of Franklin County, North Carolina. It is respectfully recommended that the conditions of supervised release be modified to have the defendant submit to a psycho-sexual evaluation to determine if the defendant has any sexual interests in persons under the age of 16. If testing concludes that such an interest exists, further modifications of supervision may be recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Dewayne L. Smith                      /s/ Kyle W. Fricke
Dewayne L. Smith                          Kyle W. Fricke
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          150 Reade Circle
                                          Greenville, NC 27858-1137
                                          Phone: 252-830-2336
                                          Executed On: October 14, 2025

**Kenyon Edward Gainey**
**Docket No. 5:19-CR-401-1D**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ____17____ day of ____October____, 2025, and ordered filed and made a part of the records in the above case.

_____

James C. Dever III
U.S. District Judge